IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ANTONIO ALEXANDER MCGEE,**

    **Plaintiff,**

    v.                                                                  **CASE NO. 23-3240-JWL**

**SHEILA MERCER,**

    **Defendant.**

## MEMORANDUM AND ORDER

Plaintiff Antonio Alexander McGee is a state prisoner who initiated this pro se 42 U.S.C. § 1983 action by filing a complaint (Doc. 1), but he failed to submit the statutorily required filing fee, nor did he file a motion for leave to proceed in forma pauperis. Court records establish that Plaintiff has, on at least three prior occasions, brought an action in this Court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Thus, he is subject to the "three-strikes" provision of 28 U.S.C. § 1915(g), and he may proceed in forma pauperis only if he establishes a threat of imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

On November 2, 2023, the Court issued an order explaining the three-strikes rule, identifying the cases that constitute Plaintiff's prior strikes, and informing him that his complaint does not contain specific, credible allegations that he is in imminent danger of serious physical harm. (Doc. 2.) The Court therefore concluded that Plaintiff is not eligible to proceed in forma pauperis and it ordered him to pay the full filing fee to the Court on or before December 4, 2023 or the matter would be dismissed without additional prior notice. *Id.*

1

2

The December 4, 2023 deadline by which Plaintiff was required to pay the filing fee has now passed and Plaintiff has not paid the fee or filed anything further in this matter. Accordingly, this case is dismissed without prejudice.

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated on this 18th day of December, 2023, in Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge
